**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STEPHEN TURNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARID SHERZAI, et al.,<br><br>　　　　Defendants. | Case No.  5:25-cv-05154-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>[Re: ECF No. 84] |

Pro se Plaintiff moves to file a sur-reply after Defendant filed its reply in support of its motion to dismiss.  ECF No. 84.  Defendant opposes the motion.  ECF No. 86. "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," except to object to evidence first proffered in a reply brief or to provide a statement of recent decision. Civ. L.R. 7-3(d). "Parties do not have the right to file sur[-]replies and . . . [t]he Court generally views motions for leave to file a sur[-]reply with disfavor. Although the court may in its discretion permit the filing of a sur-reply, this discretion should be exercised in favor of allowing a sur-reply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Van Hees v. BAM Trading Serv., Inc.*, No. 25-cv-05685-JST, 2025 WL 3026497, at *1 (N.D. Cal. Oct. 29, 2025) (alterations in original) (internal quotation marks and citations omitted).  Plaintiff having failed to establish good cause, the Court DENIES the motion.

**IT IS SO ORDERED.**

Dated:  June 10, 2026

_____
BETH LABSON FREEMAN
United States District Judge